No. 85–5326.   PICKARD v. ANGELONE, WARDEN, ET AL. C. A. 10th Cir.   Certiorari denied.

No. 85–5327.   PITT v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 85–5328.   SHAW v. WOODARD, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.   Ct. App. N. C. Certiorari denied.

No. 85–5335.   MABIN v. HOWARD UNIVERSITY.   Ct. App. D. C.   Certiorari denied.

No. 85–5338.   COLLINS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 85–5345.   FELLS v. SNYDER ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–5352.   SANDERS v. JUNIOR COLLEGE DISTRICT OF METROPOLITAN KANSAS CITY, MISSOURI.   C. A. D. C. Cir.   Certiorari denied.

No. 85–5358.   GORHAM v. FRANZEN ET AL.   C. A. 7th Cir. Certiorari denied.

No. 85–5385.   DAY v. BLACK, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, ET AL. C. A. 5th Cir.   Certiorari denied.

No. 85–5392.   CHAGRA v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 85–5409.   GOBELY v. MINNESOTA.   Sup. Ct. Minn.   Certiorari denied.

No. 85–5413.   PETRILLO v. NEW JERSEY.   Sup. Ct. N. J. Certiorari denied.

No. 85–5419.   HAYES v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 85–5440.   FRAZIER ET AL. v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.